1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of J. NELSON ENTERPRISES, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>KIEWIT INFRASTRUCTURE WEST CO, a Nebraska corporation; and TRAVELERS CASUALTY & SURETY CO. OF AMERICA, a Connecticut corporation,<br><br>    Defendants. | No.  3:22-CV-05369-BHS<br><br>STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Counsel for all parties represent and stipulate that all claims and all causes of action by and between Plaintiff and Defendants in the above entitled matter should be dismissed with prejudice and without costs or fees to any party. This matter has settled.  Accordingly, this matter should be removed from this Court's docket.

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE - 1 of 2
3:22-cv-05369-BHS

:: Pillar Law PLLC ::
1601 FIFTH AVENUE • SUITE 1601
SEATTLE, WASHINGTON 98101
P: (206) 724- 0200

Jointly presented and drafted by:

| PILLAR LAW PLLC | CARNEY BADLEY SPELLMAN |
|---|---|
| */s/ Seth Millstein* | */s/ Christopher Wright* |
| Seth Millstein, WSBA #34627 | Christopher Wright, WSBA #26601 |
| Attorney for Plaintiff United States of America for the Use and Benefit of J. Nelson Enterprises, Inc. | Attorney for Defendants Kiewit Infrastructure West Co. and Travelers Casualty & Surety Co. of America |
| 1601 Fifth Ave., Ste 1800 | 701 Fifth Ave., Ste 3600 |
| Seattle, WA 98101 | Seattle, WA 98104-7010 |
| Telephone: 206.724.0200 | Telephone: 206.622.8020 |
| Email: seth@pillar-law.com | Email: wright@carneylaw.com |

# **O R D E R**

The parties having stipulated as set forth above, and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims and all causes of action by and between Plaintiff and Defendants in the above-entitled matter are dismissed with prejudice and without costs or fees to any party. Accordingly, this matter should be removed from this Court's docket.

DATED this 19th day August, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL
WITH PREJUDICE - 2 of 2
3:22-cv-05369-BHS

:: PILLAR LAW PLLC ::
1601 FIFTH AVENUE • SUITE 1601
SEATTLE, WASHINGTON 98101
P: (206) 724- 0200